IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| CARLOS ALBERTO BERMUDEZ SINISTERRA, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | 1:25-cv-2295 (AJT-WBP) |
| TODD M. LYONS, *et al.*, | ) ) ) | |
| Respondents. | | |

## **ORDER**

Before the Court is Petitioner Carlos Alberto Bermudez Sinisterra's Petition for Writ of Habeas Corpus, [Doc. No. 1] (the "Petition"), filed on December 9, 2025.

Petitioner is a citizen of Colombia, who entered the United States without inspection in 2021. [Doc. No. 1] ¶¶ 15, 47. Petitioner lives in Elkwood, Virginia and has a U.S. citizen wife. *Id.* ¶¶ 48, 51. Petitioner has been detained at Farmville Detention Facility since November 27, 2025. *Id.* ¶ 49. Petitioner has not been provided a bond hearing. *Id.* ¶ 54.

On December 11, 2025, in response to a Court order, Respondents submitted that the factual and legal issues presented in the Petition do not differ in any material fashion from those presented in *Hernandez v. Crawford*, No. 1:25-CV-01565-AJTWBP, 2025 WL 2940702 (E.D. Va. Oct. 16, 2025), or the other opinions of this Court cited therein. [Doc. No. 4]. Accordingly, the Court incorporates the filings in *Hernandez* into the record of this habeas action. For the reasons stated in *Hernandez*, the Petition is GRANTED, and it is hereby

**ORDERED** that Respondents provide Petitioner with a bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) within seven days of the date of this Order; and it is further

**ORDERED** that if Petitioner is granted bond by an Immigration Judge, Respondents are ENJOINED from denying bond to Petitioner, or from invoking the automatic stay provision pursuant to 8 C.F.R. § 1003.19(i)(2); and it is further

**ORDERED** that Respondents file a status report with this Court within three days of the bond hearing, stating whether Petitioner has been granted bond, and, if his request for bond was denied, the reasons for that denial.

The Clerk is directed to send copies of this Order to all counsel of record, and to terminate the case.

December 12, 2025
Alexandria, Virginia

Anthony J. Trenga
Senior U.S. District Judge

2